UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMITT J. HARRIS,<br>   Plaintiff,<br>v.<br>COUNTY OF CONTRA COSTA, et al.,<br>   Defendants. | Case No. 25-cv-10175-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/14/2026

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge